Lisa A. McClane
Nevada Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane.jacksonlewis.com

*Attorneys for Defendant*
*Aviation Institute of Maintenance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE LEASE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE AVIATION INSTITUTE OF MAINTENANCE, a Virginia corporation; JOSEPH LEMOINE, an individual; DOES I-X; and/or ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02835-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

Plaintiff Nicole Lease and Defendant The Aviation Institute of Maintenance by and through their attorneys hereby stipulate and agree that given the recent holiday and continuing discussions

about the possibility of stipulating to arbitration, Plaintiff shall have up to and including December 9, 2017 to file an Opposition to Plaintiff's Motion to Compel Arbitration (ECF No. 3).

Dated November 27, 2017.

| LAW OFFICES OF NEAL HYMAN | JACKSON LEWIS P.C. |
|---|---|
| /s/ Neal K. Hyman | /s/ Lisa A. McClane |
| Neal K. Hyman, Bar #05998 | Lisa A. McClane, Bar #10139 |
| 9480 S. Eastern Avenue, Ste #260 | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas Nevada, 89123 | Las Vegas, Nevada 89169 |
| Attorney for Plaintiff Nicole Lease | Attorney for Defendant Aviation Institute of Maintenance |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED this November 29, 2017