# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case # 2:17-cv-02835-RFB-NJK

NICOLE LEASE, an individual,

　　　　Plaintiff(s),

vs.

THE AVIATION INSTITUTE OF MAINTENANCE, a Nevada educational facility; et al.

　　　　Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Thomas M. Lucas_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Jackson Lewis P.C._____
(firm name)

with offices at _____500 E. Main Street, Suite 800_____,
(street address)

_____Norfolk_____, _____Virginia_____, _____23510_____,
(city)　　　　　　　(state)　　　　　　　(zip code)

_____757-648-1424_____, _____thomas.lucas@jacksonlewis.com_____.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____The Aviation Institute of Maintenance_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since April 23, 1987 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Virginia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 12/18/1981 | 358653 |
| Virginia Supreme Court | 4/23/1987 | 27274 |
| U.S.D.C. Eastern District of Virginia | 4/28/1987 | 27274 |
| U.S. Court of Appeals, 4th Circuit | 7/6/1988 | |
| U.S.D.C. Western District of Virginia | 11/4/1993 | 27274 |
| U.S. Supreme Court | 9/13/1996 | - |
| U.S. District Court, DC District | 10/3/2005 | 358653 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) American Bar Association #968401, Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | NONE | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Virginia_____ )
                            )
COUNTY OF ____Norfolk____ )

____Thomas M. Lucas____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___8th___ day of __November__, __2017__.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Deverie J. Christensen___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3800 Howard Hughes Parkway, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)           (state)         (zip code)

____702-921-2466____, ____Christensend@jacksonlewis.com____.
(area code + telephone number)   (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Lisa A. McClane as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

JAMES DONAHOE, Director of H.R.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10139                Lisa.McClane@jacksonlewis.com
Bar number           Email address

APPROVED:

DATED this 7th day of December, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **THOMAS MICHAEL LUCAS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. LUCAS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 23, 1987**, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued November 9, 2017

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## THOMAS M. LUCAS

was on **DECEMBER 18, 1981** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 16, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk