Lisa A. McClane
Nevada Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane.jacksonlewis.com

*Attorneys for Defendant
Employment Services, Inc., d/b/a Aviation Institute
of Maintenance*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE LEASE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYMENT SERVICES, INC., d/b/a AVIATION INSTITUTE OF MAINTENANCE;<br><br>Defendant | Case No. 2:17-cv-02835-RFB-NJK<br><br><br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

This stipulation is entered into by the Parties, Nicole Lease ("Plaintiff") and Employment Services, Inc., d/b/a Aviation Institute of Maintenance ("Defendant"), by and through their counsel, with reference to the following:

WHEREAS, during the course of her study with Defendant, Plaintiff allegedly entered into an agreement with Defendant to arbitrate disputes arising out of or relating to Plaintiff's enrollment and study with Defendant, hereinafter referred to as the "Arbitration Agreement";

WHEREAS, on August 22, 2017, Plaintiff filed a Complaint in the Eighth judicial District Court, Clark County, Nevada, which Defendant removed to this Court pursuant 28 U.S.C. § 1331, styled as *Nicole Lease v. The Aviation Institute of Maintenance*, Case No. 2:17-cv-02835-RFB-

NJK, alleging various claims of violation of Nevada and possibly federal law.

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between the Parties as follows:

1. This Action, in its entirety, shall be submitted to binding arbitration with JAMS before retired judge Philip Pro or Lawrence Leavitt, pursuant to a Stipulated Arbitration Agreement executed by the Parties;

2. All proceedings in this Action shall be stayed and this Court shall retain jurisdiction over this Action pending the conclusion of the arbitration.

Dated: December 8th, 2017.

| LAW OFFICES OF NEAL HYMAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Neal K. Hyman*<br>Neal K. Hyman, Bar #05998<br>9480 S. Eastern Avenue, Ste #260<br>Las Vegas Nevada, 89123<br>*Attorney for Plaintiff Nicole Lease* | */s/ Lisa A. McClane*<br>Lisa A. McClane, Bar #10139<br>Thomas M. Lucas, VA Bar #27274 (pro hac motion pending)<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant*<br>*Aviation Institute of Maintenance* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of December, 2017.