# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE LEASE,<br>　　　Plaintiff(s),<br>v.<br>EMPLOYMENT SERVICES, INC.,<br>　　　Defendant(s). | Case No.: 2:17-cv-02835-RFB-NJK<br>**ORDER** |

On December 14, 2017, this case was stayed pending arbitration. Docket No. 10. The parties shall file a joint status report by July 3, 2018, and every 90 days thereafter.

IT IS SO ORDERED.

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge