# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICOLE LEASE,

    Plaintiff(s),

v.

EMPLOYMENT SERVICES, INC.,

    Defendant(s).

Case No.: 2:17-cv-02835-RFB-NJK

**ORDER**

The Court ordered the parties to file a joint status report by July 3, 2018, and every 90 days thereafter. Docket No. 11. The parties did not do so. The Court again **ORDERS** the parties to file a joint status report, this time by July 13, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: July 9, 2018

                                               Nancy J. Koppe
                                               United States Magistrate Judge